

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dakota Lee Hoyt,

Vs. No. 11-22-00308-CR

The State of Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-21-1674-CR.

\* August 21, 2024

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in two of the judgments below. Therefore, in accordance with this court's opinion, we affirm the trial court's judgment for Count Two. We modify the trial court's judgment for Counts One and Three to delete the cumulation orders and show that the sentences imposed against Appellant in those counts shall be served concurrently. As modified, we affirm the judgments of the trial court for Counts One and Three.